# Court of Appeals
# of the State of Georgia

ATLANTA, August 06, 2019

*The Court of Appeals hereby passes the following order:*

## A19A2382. CHRISTOPHER M. HUNT, SR. v. DEUTSCHE BANK TRUST COMPANY.

This case began as a dispossessory proceeding in magistrate court. Following an adverse ruling, defendant Christopher M. Hunt, Sr. appealed to the superior court. The superior court ruled in favor of the plaintiff, Deutsche Bank Trust Company, and Hunt appeals. The plaintiff has filed a motion to dismiss, arguing that Hunt was required to file a discretionary application in order to appeal.

Appeals from superior court decisions reviewing lower court decisions by certiorari or de novo proceedings must be initiated by filing an application for discretionary appeal. OCGA § 5-6-35 (a) (1), (b); *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Hunt's failure to file an application for discretionary review deprives us of jurisdiction over this appeal. Accordingly, plaintiff's motion to dismiss is hereby GRANTED, and this appeal is DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 08/06/2019

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*